1  Fred Norton (SBN 224725)
   Bree Hann (SBN 215695)
2  Matt Turetzky (SBN 280997)
   THE NORTON LAW FIRM PC
3  299 Third Street, Ste 106
   Oakland, California 94607
4  Telephone: (510) 906-4900
   Fax: (510) 906-4910
5  fnorton@nortonlaw.com
   bhann@nortonlaw.com
6  mturetzky@nortonlaw.com

7  *Attorneys for Plaintiff Adtention LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ADTENTION LLC, a New Jersey limited liability company, | Case No.: 4:18-CV-5471-KAW |
| *Plaintiff*, v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| VDOPIA, INC., a Delaware corporation, | |
| *Defendant*. | Complaint Filed: Sept. 6, 2018<br>Trial Date: Not Yet Set |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: February 11, 2019               THE NORTON LAW FIRM PC

                                       By: ___/s/ Fred Norton_____
                                           Fred Norton

                                       *Attorneys for Plaintiff*
                                       Adtention LLC

                                       Fred Norton (SBN 224725)
                                       fnorton@nortonlaw.com
                                       THE NORTON LAW FIRM PC


Dated: February 11, 2019               GERARD FOX LAW P.C.

                                       By: _/s/ Timothy G. Lamoreux_____
                                           Timothy G. Lamoreux

                                       *Attorneys for Defendant*
                                       Vdopia, Inc.

                                       Timothy G. Lamoreux (SBN 294048)
                                       tlamoureux@gerardfoxlaw.com
                                       GERARD FOX LAW P.C.

## **FILER'S ATTESTATION**

I, Fred Norton, am the ECF user whose identification and password are being used to file this Initial Joint Case Management Statement and Fed. R. Civ. P. 26(f) Report. I hereby attest that all signatories listed on the preceding page concur in this filing.

Dated: February 11, 2019 */s/ Fred Norton*

# [~~PROPOSED~~] ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: __February 14_____, 2019      _____

Hon. Kandis Westmore
United States Magistrate Judge